# EXHIBIT 3

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

**Claim 15**

| Claim 15 | IWS's Operations Technology |
|---|---|
| **[15.1]** A method of hydraulically fracturing at least first and second wells of a plurality of wells, the first and second wells being associated with first and second valves, respectively, the method comprising: | In use, IWS's Operations Technology performs a method of hydraulically fracturing at least first and second wells of a plurality of wells, the first and second wells being associated with first and second valves, respectively.<br><br>The below annotated jobsite photograph exemplifies claim element [15.1].<br><br> |

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

| Claim 15 | IWS's Operations Technology |
|---|---|
| | Further, the below annotated screenshot also exemplifies claim element [15.1].<br><br>*See* https://www.linkedin.com/video/event/urn:li:ugcPost:6978470224329101313/ (at 9:44). |

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

| Claim 15 | IWS's Operations Technology |
|---|---|
| **[15.2]** (a) permitting hydraulic fracturing of the second well, comprising: opening the second valve associated with the second well to permit pumping of fluid into the second well via the second valve; and measuring a flow rate of the fluid being pumped into the second well; | In use, IWS's Operations Technology performs the step of permitting hydraulic fracturing of the second well, comprising opening the second valve associated with the second well to permit pumping of fluid into the second well via the second valve, and measuring a flow rate of the fluid being pumped into the second well.<br><br>The below annotated jobsite photograph exemplifies claim element [15.2].<br><br> |

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

| Claim 15 | IWS's Operations Technology |
|---|---|
| | Further, the below annotated screenshot also exemplifies claim element [15.2].<br><br><br><br>See https://www.linkedin.com/video/event/urn:li:ugcPost:6978470224329101313/ (at 9:44).<br><br>Further, William Standifird, the CEO of IWS, states that "in continuous pumping the pumps are never stopped *they're just slowed down*."<br><br>See https://www.youtube.com/watch?v=x1l6Zx3OIUg (beginning at 23:49) (emphasis added).<br><br>Thus, at the very least, IWS is measuring frack pump RPM. Since frack pump flow rate is merely the product of frack pump RPM and pump displacement, measuring frack pump RPM exemplifies "measuring a flow rate of the fluid being pumped into the second well," as required by claim element [15.2]. |

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

| Claim 15 | IWS's Operations Technology |
|---|---|
| **[15.3.1]** (b) swapping from permitting hydraulic fracturing of the second well to permitting hydraulic fracturing of the first well, comprising: opening the first valve associated with the first well to permit pumping of fluid into the first well via the first valve; and | In use, IWS's Operations Technology performs the step of swapping from permitting hydraulic fracturing of the second well to permitting hydraulic fracturing of the first well, comprising opening the first valve associated with the first well to permit pumping of fluid into the first well via the first valve.<br><br>The below annotated jobsite photograph exemplifies claim element [15.3.1].<br><br> |

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

| Claim 15 | IWS's Operations Technology |
|---|---|
| | Further, the below annotated screenshot also exemplifies claim element [15.3.1].<br><br><br><br>*See* https://www.linkedin.com/video/event/urn:li:ugcPost:6978470224329101313/ (at 10:37). |

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

| Claim 15 | IWS's Operations Technology |
|---|---|
| **[15.3.2]** closing the second valve associated with the second well; wherein, during step (b), hydraulic fracturing fluid is continuously pumped to the first and second valves via a hydraulic manifold; and | In use, IWS's Operations Technology performs the step of closing the second valve associated with the second well, wherein, during step (b), hydraulic fracturing fluid is continuously pumped to the first and second valves via a hydraulic manifold.<br><br>The below annotated jobsite photograph exemplifies claim element [15.3.2].<br><br> |

Page **7** of **17**

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

| Claim 15 | IWS's Operations Technology |
|---|---|
|  | Further, the below annotated screenshot exemplifies "closing the second valve associated with the second well," as required by claim element [15.3.2].<br><br>*See* https://www.linkedin.com/video/event/urn:li:ugcPost:6978470224329101313/ (at 10:49). |
| **[15.4]** wherein: in response to determining that the flow rate measured at step (a) has satisfied one or more flow rate conditions, the first | In use, IWS's Operations Technology performs the step of, in response to determining that the flow rate measured at step (a) has satisfied one or more flow rate conditions, opening the first valve associated with the first well at step (b) before the second valve associated with the second well is closed at step (b)….<br><br>For example, the Journal of Petroleum Technology article states: |

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

| Claim 15 | IWS's Operations Technology |
|---|---|
| valve associated with the first well is opened at step (b) before the second valve associated with the second well is closed at step (b); or in response to determining that the flow rate measured at step (a) has not satisfied one or more flow rate conditions, the first valve associated with the first well is opened at step (b) during or after the second valve associated with the second well is closed at step (b). | "Intelligent Wellhead Systems (IWS) … developed … some of the technology used to control the pumping operations" for "a multiwell stimulation in the DJ Basin of Colorado that is being touted for completing 72 fracturing stages in 75.4 hours of **continuous pumping.**" "[T]he 75.4 hours of **continuous pumping** was achieved using **the older but less capital-intensive 'zipper frac' method**." <br><br> https://jpt.spe.org/continuous-pumping-touted-as-next-efficiency-gain-for-us-onshore-completions (emphasis added). <br><br> Further, William Standifird, the CEO of IWS, discusses the DJ Basin project, stating that "in continuous pumping the pumps are never stopped *they're just slowed down.*" <br><br> *See* https://www.youtube.com/watch?v=x1l6Zx3OIUg (beginning at 23:49). <br><br> Thus, at the very least, IWS initiates their continuous pumping frack swap in response to determining that frack pump RPM have been adequately slowed down. Since frack pump flow rate is merely the product of frack pump RPM and pump displacement, determining that frack pump RPM has been adequately slowed down exemplifies "determining that the flow rate measured … has satisfied one or more flow rate conditions," as required by claim element [15.4]. <br><br> Further still, Bob Duncan, the VP of Innovation at IWS, discusses an example continuous pumping frack swap, during which the frack supervisor has "opened up on the well he's moving to *and [is] now closing* on the well that he's just finished fracking." <br><br> *See* https://www.linkedin.com/video/event/urn:li:ugcPost:6978470224329101313/ (beginning at 10:37) (emphasis added). |

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

| Claim 15 | IWS's Operations Technology |
|---|---|
|  | This exemplifies "the first valve associated with the first well [being] opened [(as shown in the below annotated 10:37 screenshot)] … before the second valve associated with the second well is closed [(as shown in the below annotated 10:49 screenshot)]," as also required by claim element [15.4].<br><br>Further, the below annotated screenshot exemplifies claim element [15.4]. |

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

| Claim 15 | IWS's Operations Technology |
|---|---|
| | Taken together, these materials clearly satisfy claim element [15.4]. |

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

**Claim 25**

| Claim 25 | IWS's Operations Technology |
|---|---|
| **[25.1]** An apparatus adapted to hydraulically fracture first and second wells, the first and second wells being associated with first and second valves, respectively, the apparatus comprising: | IWS's Operations Technology comprises an apparatus adapted to hydraulically fracture first and second wells, the first and second wells being associated with first and second valves, respectively.<br><br>*See* claim element [15.1] above. |
| **[25.2]** a non-transitory computer readable medium; and a plurality of instructions stored on the non-transitory computer readable medium and executable by one or more processors, wherein, when the instructions are executed by the one or more processors, the following steps are executed: | IWS's Operations Technology comprises a non-transitory computer readable medium, and a plurality of instructions stored on the non-transitory computer readable medium and executable by one or more processors, wherein, when the instructions are executed by the one or more processors, the following steps are executed.<br><br>For example, the below excerpt and photograph from IWS's website, describing IWS's inVision technology platform, exemplifies claim element [25.2].<br><br>*"The inVision Digital Handshake™ process and interlock controls keep well swaps safe and streamlined. If a user requests access to a well and the inVision software detects wireline in the hole or active frac pressure, the request is disabled. If the system detects it is safe, and the request is approved, the three-way Digital Handshake process (WSM, frac tech, W/L) initiates over inVision SIMOPS Wellsite Tablets."* |

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

| Claim 25 | IWS's Operations Technology |
|---|---|
| | <br><br>https://www.intelligentwellheadsystems.com/solutions/.<br><br>Further, the below annotated jobsite photograph also exemplifies claim element [25.2]. |

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

| Claim 25 | IWS's Operations Technology |
|---|---|
| | ![Image of IWS operations equipment with highlighted components]<br><br>Further still, the video at the following link further describes IWS's InVision technology platform and also exemplifies claim element [25.2].<br><br>https://www.linkedin.com/video/event/urn:li:ugcPost:6978470224329101313/ |

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

| Claim 25 | IWS's Operations Technology |
|---|---|
| **[25.3]** (a) permitting hydraulic fracturing of the second well, comprising: opening the second valve associated with the second well to permit pumping of fluid into the second well via the second valve; and measuring a flow rate of the fluid being pumped into the second well; | IWS's Operations Technology executes the step of permitting hydraulic fracturing of the second well, comprising opening the second valve associated with the second well to permit pumping of fluid into the second well via the second valve, and measuring a flow rate of the fluid being pumped into the second well.<br><br>*See* claim element [15.2] above. |
| **[25.4.1]** (b) swapping from permitting hydraulic fracturing of the second well to permitting hydraulic fracturing of the first well, comprising: opening the first valve associated with the first well to permit pumping of fluid into the first well via the first valve; and | IWS's Operations Technology executes the step of swapping from permitting hydraulic fracturing of the second well to permitting hydraulic fracturing of the first well, comprising opening the first valve associated with the first well to permit pumping of fluid into the first well via the first valve.<br><br>*See* claim element [15.3.1] above. |

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

| Claim 25 | IWS's Operations Technology |
|---|---|
| **[25.4.2]** closing the second valve associated with the second well; wherein, during step (b), hydraulic fracturing fluid is continuously pumped to the first and second valves via a hydraulic manifold; and | IWS's Operations Technology executes the step of closing the second valve associated with the second well, wherein, during step (b), hydraulic fracturing fluid is continuously pumped to the first and second valves via a hydraulic manifold.<br><br>*See* claim element [15.3.2] above. |
| **[25.5]** wherein: in response to determining that the flow rate measured at step (a) has satisfied one or more flow rate conditions, the first valve associated with the first well is opened at step (b) before the second valve associated with the second well is closed at step (b); or in response to determining that the flow rate measured | IWS's Operations Technology comprises an apparatus configured to, in response to determining that the flow rate measured at step (a) has satisfied one or more flow rate conditions, opening the first valve associated with the first well at step (b) before the second valve associated with the second well is closed at step (b); or in response to determining that the flow rate measured at step (a) has not satisfied one or more flow rate conditions, opening the first valve associated with the first well at step (b) during or after the second valve associated with the second well is closed at step (b).<br><br>*See* claim element [15.4] above. |

**EXHIBIT 3 – U.S. Patent No. 11,401,779**

| Claim 25 | IWS's Operations Technology |
|---|---|
| at step (a) has not satisfied one or more flow rate conditions, the first valve associated with the first well is opened at step (b) during or after the second valve associated with the second well is closed at step (b). | |