# EXHIBIT 4

**EXHIBIT 4 – U.S. Patent No. 11,560,770**

**Claim 1:**

| Claim 1 | IWS's Operations Technology |
|---|---|
| **[1.1]** A method, comprising: communicating fluid to a first well via a manifold and a first valve, the first valve being associated with both the manifold and the first well; and | In use, IWS's Operations Technology performs a method comprising communicating fluid to a first well via a manifold and a first valve, the first valve being associated with both the manifold and the first well.<br><br>The below annotated jobsite photograph exemplifies claim element [1.1].<br><br> |

**EXHIBIT 4 – U.S. Patent No. 11,560,770**

| Claim 1 | IWS's Operations Technology |
|---|---|
| | Further, the below annotated screenshot also exemplifies "communicating fluid to a first well via … a first valve," "the first valve being associated with … the first well," as required by claim element [1.1].<br><br>[annotated screenshot with labels: "first valve", "the first valve being associated with … the first well", "first well", "communicating fluid to a first well via … a first valve" (valve bore is vertical/open)]<br><br>*See* https://www.linkedin.com/video/event/urn:li:ugcPost:6978470224329101313/ (at 9:44). |
| **[1.2.1]** in response to determining that the fluid communicated via the manifold has | In use, IWS's Operations Technology performs the step of, determining that the fluid communicated via the manifold has satisfied one or more conditions.<br><br>For example, the Journal of Petroleum Technology article states: |

**EXHIBIT 4 – U.S. Patent No. 11,560,770**

| Claim 1 | IWS's Operations Technology |
|---|---|
| satisfied one or more conditions: | "Intelligent Wellhead Systems (IWS) … developed … some of the technology used to control the pumping operations" for "a multiwell stimulation in the DJ Basin of Colorado that is being touted for completing 72 fracturing stages in 75.4 hours of **continuous pumping**." "[T]he 75.4 hours of **continuous pumping** was achieved using **the older but less capital-intensive 'zipper frac' method**."<br><br>https://jpt.spe.org/continuous-pumping-touted-as-next-efficiency-gain-for-us-onshore-completions (emphasis added).<br><br>Further, Mr. Standifird, the CEO of IWS, discusses the DJ Basin project, stating that "in continuous pumping the pumps are never stopped *they're just slowed down*."<br><br>*See* https://www.youtube.com/watch?v=x1l6Zx3OIUg (beginning at 23:49) (emphasis added).<br><br>Thus, at the very least, IWS initiates their continuous pumping frack swap in response to determining that frack pump RPM have been adequately slowed down. Since frack pump RPM is a condition of the fluid communicated via the manifold, and affects one or more other conditions of the fluid communicated via the manifold, executing certain steps in response to slowing down frack pump RPM exemplifies executing those steps "in response to determining that the fluid communicated via the manifold has satisfied one or more conditions," as required by claim element [1.2.1]. |
| **[1.2.2a]** opening a second valve; communicating fluid to a second well via the second valve; and | In use, IWS's Operations Technology performs the step of opening a second valve and communicating fluid to a second well via the second valve.<br><br>The below annotated jobsite photograph exemplifies claim elements [1.2.2a]. |

**EXHIBIT 4 – U.S. Patent No. 11,560,770**

| Claim 1 | IWS's Operations Technology |
|---|---|
| | <br>Further, the below annotated screenshot also exemplifies claim element [1.2.2a]. |

**EXHIBIT 4 – U.S. Patent No. 11,560,770**

| Claim 1 | IWS's Operations Technology |
|---|---|
| | <br>See https://www.linkedin.com/video/event/urn:li:ugcPost:6978470224329101313/ (at 10:37). |

**EXHIBIT 4 – U.S. Patent No. 11,560,770**

| Claim 1 | IWS's Operations Technology |
|---|---|
| **[1.2.2b]** closing the first valve after opening the second valve. | In use, IWS's Operations Technology performs the step of closing the first valve after opening the second valve.<br><br>The below annotated jobsite photograph exemplifies "closing the first valve," as required by claim element [1.2.2b].<br><br>[Annotated jobsite photograph showing wellheads with labels "closing the first valve," "first valve," "second valve," and "second well."] |

**EXHIBIT 4 – U.S. Patent No. 11,560,770**

| Claim 1 | IWS's Operations Technology |
|---|---|
|  | Further, the below annotated screenshot also exemplifies "closing the first valve," as required by claim element [1.2.2b].<br><br>See https://www.linkedin.com/video/event/urn:li:ugcPost:6978470224329101313/ (at 10:49).<br><br>Finally, Mr. Duncan, the VP of Innovation at IWS, discusses an example continuous pumping frack swap, during which the frack supervisor has "opened up on the well he's moving to *and [is] now closing* on the well that he's just finished fracking."<br><br>See https://www.linkedin.com/video/event/urn:li:ugcPost:6978470224329101313/ (beginning at 10:37) (emphasis added). |

**EXHIBIT 4 – U.S. Patent No. 11,560,770**

| Claim 1 | IWS's Operations Technology |
|---|---|
| | This exemplifies "closing the first valve [(as shown in the below annotated 10:49 screenshot)] **after** opening the second valve [(as shown in the below annotated 10:37 screenshot)]," as required by claim element [1.2.2b].<br><br>Taken together, these materials satisfy claim element [1.2.2b], as detailed below. |

**EXHIBIT 4 – U.S. Patent No. 11,560,770**

| Claim 1 | IWS's Operations Technology |
|---|---|
| |  |

EXHIBIT 4 – U.S. Patent No. 11,560,770

**Claim 14**

| Claim 14 | IWS's Operations Technology |
|---|---|
| **[14.1]** An apparatus, comprising: a non-transitory computer readable medium; and a plurality of instructions stored on the non-transitory computer readable medium and executable by one or more processors, wherein, when the instructions are executed by the one or more processors, the following steps are executed: | IWS's Operations Technology comprises an apparatus comprising a non-transitory computer readable medium, and a plurality of instructions stored on the non-transitory computer readable medium and executable by one or more processors, wherein, when the instructions are executed by the one or more processors, the following steps are executed.<br><br>*See* claim element [1.1] above.<br><br>Further, the below excerpt and photograph from IWS's website, describing IWS's inVision technology platform, exemplifies claim element [14.1].<br><br>*"The inVision Digital Handshake™ process and interlock controls keep well swaps safe and streamlined. If a user requests access to a well and the inVision software detects wireline in the hole or active frac pressure, the request is disabled. If the system detects it is safe, and the request is approved, the three-way Digital Handshake process (WSM, frac tech, W/L) initiates over inVision SIMOPS Wellsite Tablets."* |

**EXHIBIT 4 – U.S. Patent No. 11,560,770**

| Claim 14 | IWS's Operations Technology |
|---|---|
| |  https://www.intelligentwellheadsystems.com/solutions/. Further still, the below annotated jobsite photograph also exemplifies claim element [14.1]. |

**EXHIBIT 4 – U.S. Patent No. 11,560,770**

| Claim 14 | IWS's Operations Technology |
|---|---|
| | <br><br>Finally, the video at the following link further describes IWS's InVision technology platform and also exemplifies claim element [14.1].<br><br>https://www.linkedin.com/video/event/urn:li:ugcPost:6978470224329101313/ |

**EXHIBIT 4 – U.S. Patent No. 11,560,770**

| Claim 14 | IWS's Operations Technology |
|---|---|
| **[14.2]** communicating fluid to a first well via manifold and a first valve, the first valve being associated with both the manifold and the first well; and | IWS's Operations Technology executes the step of communicating fluid to a first well via manifold and a first valve, the first valve being associated with both the manifold and the first well.<br><br>*See* claim element [1.1] above. |
| **[14.3.1]** in response to determining that the fluid communicated via the manifold has satisfied one or more conditions: | IWS's Operations Technology executes the step of in response to determining that the fluid communicated via the manifold has satisfied one or more conditions.<br><br>*See* claim element [1.2.1] above. |
| **[14.3.2]** opening a second valve; communicating fluid to a second well via the second valve; and | IWS's Operations Technology executes the step of opening a second valve; communicating fluid to a second well via the second valve.<br><br>*See* claim element [1.2.2a] above. |
| **[14.3.3]** closing the first valve after opening the second valve. | IWS's Operations Technology executes the step of closing the first valve after opening the second valve.<br><br>*See* claim element [1.2.2b] above. |